

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-13-00433-CR

Eaven Scott a/k/a Raymond **MCKINNEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8329
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The State's motion for extension of time to file the brief is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court